

RECEIVED
DEC 0 5 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:23-cr-91 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| JOREY DANIEL KARL BUTTERBAUGH, | ) | T. 18 U.S.C. § 111(a) |
| | ) | T. 18 U.S.C. § 111(b) |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Assault on a Person Assisting Federal Officers)**

On or about November 13, 2023, in the Southern District of Iowa, the defendant, JOREY DANIEL KARL BUTTERBAUGH, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Victim #1, a Muscatine County Jail Correctional Officer, while Victim #1 was contracted by the United States Marshals Service to assist federal officers and employees in the performance of official duties, and while Victim #1 was engaged in and on account of the performance of Victim #1's official duties, and in so doing inflicted bodily injury upon Victim #1.

This is a violation of Title 18, United States Code, Section 111(a) and 111(b).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kaitlyn R. Macaulay
Assistant United States Attorney

1